115  765
Case 1
f129  290

## TOWN OF DEXTER *v.* GAY.

COBB, J.  1. A municipal corporation can be sued only in the corporate name set forth in the charter.

2. When the General Assembly by an act incorporates " a town under the name of the Town of Dexter," and declares that the municipal government of such town shall be vested in a mayor and five aldermen, who shall be styled " The Mayor and Aldermen of Dexter, and by that name are hereby made a body corporate," and as such may sue and be sued, such town can be sued only in the corporate name last referred to, and a suit brought against the " Town of Dexter " should be dismissed on demurrer.

*Judgment reversed.  All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

Complaint. Before Judge Adams. City court of Dublin. September 5, 1901.

*Akerman & Akerman* and *T. J. Evans*, for plaintiff in error.

## FAIN & STAMPS *et al. v.* SHY & COMPANY.

115  765
Case 2
120  866

LITTLE, J.  There being no proper answer to the writ of certiorari, and no motion looking to the obtaining of such an answer, there was no error in dismissing the petition for the writ.

*Judgment affirmed.  All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

Certiorari. Before Judge Hart. Greene superior court. September 19, 1901.

*Joseph P. Brown*, for plaintiffs.